JOHNSTON MITCHELL -- OR State Bar No. 924060
**COERS MITCHELL LAW LLC**
4411 NE Tillamook Ave., #103
Portland, OR 97213
johnstonlaw@comcast.net
Telephone: (503) 719-6795
Facsimile: (503) 374-9068

ROBERT E. OPERA – CA State Bar No. 101182
SEAN A. OKEEFE – CA State Bar No. 122417
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, 4th Floor
Newport Beach, CA 92660
ropera@winthropcouchot.com
sokeefe@winthropcouchot.com
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

Attorneys for Interested Parties Klondike Point, LLC; Stone Mountain, LLC; Corney Investors, LLC; and CFalls Investment, LLC

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Summit Accommodators, Inc., dba Summit 1031 Exchange<br><br>Debtor. | Case No. 08-37031 rld11<br><br>Adv. Proc. No. 09-3086-rld |
| Kevin D. Padrick, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>Mark A. Neuman; Brian Stevens; Lane D. Lyons; and Timothy Larkin,<br><br>Defendants. | **[PROPOSED] ALTERNATIVE FORM OF ORDER ON TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING NINTH CLAIM FOR RELIEF FOR TURNOVER PURSUANT TO 11 U.S.C. § 542** |

The Court, having been fully advised, therefore enters an Order as follows:

1. Granting summary judgment in favor of the Trustee on his Ninth Claim for Relief for turnover pursuant to 11 U.S.C. § 542. All of the assets and property held by or in the name of the Shareholders, except for the Excluded Assets listed on the attached Exhibits 1, 2, 3 and 4 ("Subject Assets"), are hereby deemed property of Summit Accommodators, Inc. Pursuant to this Order, the Shareholders' interests in the Subject Assets are hereby turned over to the Trustee. The Subject Assets include, but are not limited to, any interest that the Shareholders have in the property and/or assets listed on the attached Exhibit 5. Consistent with this Order, the Subject Assets are deemed property of the estate pursuant to 11 U.S.C. §§ 363, 541, and 542, and the Trustee shall have the power to use, sell, lease, dispose of and otherwise exercise all rights of ownership in the Subject Assets ~~to the fullest extent allowed by~~ consistent with the requirements of applicable law. To the extent that there are pending or have been any sales or transfers of the Subject Assets, the proceeds from such sales or transfers are also property of the estate. This Order does not cause the turnover of any interests held by parties other than the Shareholders, and does not impair or affect in any manner the rights, interests, claims and remedies of such other parties, all of which rights, interests, claims and remedies are preserved fully and completely by such other parties. Notwithstanding anything to the contrary contained in this Order, this Order shall not amend, modify or affect in any manner the provisions of any contract or agreement to which any of the Subject Assets are subject, including, without limitation, the provisions of any limited liability company operating agreement or other organizational agreement to which the Subject Assets are subject.

1     Klondike Point, LLC, an Oregon limited liability company; Stone Mountain, LLC, an Oregon limited liability company; CFalls Investment, LLC, an Oregon limited liability company; and Corney Investors, LLC, an Oregon limited liability company hereby submit the proposed alternative Paragraph 1 of the Order On Trustee's Motion For Partial Summary Judgment Regarding Ninth Claim For Relief For Turnover Pursuant To 11 U.S.C. § 542, attached hereto as Exhibit "1" and incorporated herein by this reference.

    Respectfully Submitted,

DATED: May 1, 2009

**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**

By: _____/s/ Robert E. Opera_____
    Robert E. Opera
Attorneys for Interested Parties Klondike Point, LLC; Stone Mountain, LLC; Corney Investors, LLC; and CFalls Investment, LLC

**EXHIBIT "1"**