**Below is an order of the Court.**

**U.S. Bankruptcy Judge**

OD31 (12/1/09) pjk

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Summit Accommodators, Inc.**
    Debtor(s)

) Case No. 08–37031–rld11
)

**Kevin D. Padrick**
    Plaintiff(s)

) Adv. Proc. No. 09–03086–rld
)

v.

**Mark A. Neuman**
  et al.
    Defendant(s)

) Order Re: Dismissal or Other Final
) Disposition Effective Within 30 Days

An interested party reported that the above−entitled proceeding is settled, and therefore,

**IT IS ORDERED** that this proceeding will be dismissed, without further Court order, unless a stipulated judgment or proposed judgment, whichever applies, is filed with the Clerk of Court within **30** days of this order's "Filed" date. Any subsequent motion required to reopen the proceeding shall be accompanied by an affidavit averring substantial reasons why this proceeding should be reopened.

###